FILED
9:00 a.m.
NOV 21 2014
[ANNA HART]
CLERK

IN THE CIRCUIT COURT OF MISSISSIPPI COUNTY, ARKANSAS
OSCEOLA DISTRICT
CIVIL DIVISION

CHRISTOPHER W. PERKINS                                 PLAINTFF

Vs.                    CASE No. CV-2014- 131 (PH)

PROGRESSIVE INSURANCE
and
G.T. EXPEDITED TRUCKING                               DEFENDANT

## COMPLAINT

Comes now the Plaintiff, Christopher W. Perkins, by and through his attorney, David Burnett, and for his cause of action against the Defendant, states and alleges as follows:

### JURISDICTION AND VENUE

1. The Plaintiff, Christopher W. Perkins, is a natural person and was and is a resident of the City of Osceola, County of Mississippi, State of Arkansas, at all times relevant to this cause of action.

2. That the Defendants, Progressive Insurance and G.T. Expedited Trucking, conducted business in the City of Osceola, Arkansas at all times relevant to this cause of action.

3. That the location of this collision, which is subject matter of this Complaint, occurred in the Mississippi County, Arkansas, on December 31, 2013 on Highway 55 in the city of Blytheville in Mississippi County Arkansas.

4. Venue is proper in the above-referenced court in that it is the location where the accident occurred, pursuant to Ark. Code Ann. 16-60-112.

5. That this Court has jurisdiction over this cause and the parties hereto and the venue of this action is proper.

### FACTS

6. On or about December 30, 2013, at approximately 6:22 a.m., Christopher Perkins was driving a 1997 Ford F150 pickup truck, north bound on U.S. highway 55 in Blytheville Arkansas. At the same time and place, Greg Gralak was driving a 2008 Volvo Diesel Tractor Trailer and failed to stop and failed to yield along with other traffic upon seeing the brake lights and accident ahead.

7. As Greg Gralaks' vehicle proceeded along U.S. Highway 55, he failed to stop his vehicle and ran into the vehicle of Christopher Perkins.

## CAUSEES OF ACTION AND PROXIMATE CAUSATION

8. The collision above described was the proximate result of the slick road conditions and active negligence of Greg Gralaks, in the following particulars to-wit:
   a. That Greg Gralaks improperly neglected to stop his vehicle on U.S. Highway 55 striking the vehicle of Mr. Perkins;
   b. That Greg Gralaks failed to maintain a proper lookout under the circumstances then and there existing;
   c. That Greg Gralaks failed to use ordinary care under the circumstances then and there existing; and,
   d. That Greg Gralaks breached his duty to use ordinary care in the areas of a through d above referenced and that the breach of this duty was the cause in fact and proximate cause of the Plaintiff's injuries.

## COMPENSATORY DAMAGES

9. The Plaintiff, Christopher Perkins, seeks damages for all of the areas set forth above and in addition, the following that were proximately caused by the Defendant's negligence:
   a. For the nature, extent, duration, and permanency of his injuries;
   b. For the reasonable expense of any necessary medical care, treatment, and services rendered in the past and present value of such expenses reasonably certain to be required in the future;
   c. For his pain, suffering, and mental anguish experienced in the past and reasonably certain to be experienced in the future;
   d. For the value of any earnings, profits, salary, or working time lost in the past and the present value of any earnings, profits, salary, or working lost

    reasonably certain to be lost in the future or, in the alternative, for the present value of any lost ability to earn in the future;

  e. For any scarring, disfigurement, or visible results of his injury caused by the Defendant; and

  f. For the reasonable expense of any necessary help in his home, which has been required as a result of the injury, and the present value of such expense reasonably certain to be required in the future.

  g. For the value for his property loss sustained to his vehicle.

10. The Plaintiff seeks damages as set forth herein, for all damages proximately caused by the Defendant's negligence in an amount to exceed federal court diversity jurisdiction.

11. The Plaintiff was guilty of no contributory negligence in causing his own injuries and damages.

12. The Plaintiff reserves the right to amend and plead further in this cause.

13. The Plaintiff demands a trial by jury in this cause.

**WHEREFORE,** The Plaintiffs pray that they have and recover judgment from and against the Defendant in an amount in excess of the amount required for Federal Court diversity jurisdiction, said sum to be set by the jury, to fully compensate the Plaintiffs for their personal injuries and damages, and all aspects thereof as allowable by law, plus their costs, interests and all other relief to which they may be entitled.

Respectfully Submitted,

**Christopher Perkins, Plaintiff**

By: *David Burnett* AR Bar # 66006
Attorney for Plaintiff
P.O. Box 704/311 W. Hale
Osceola, AR 72370
(870) 622-9911
(870) 622-9916 - Fax