IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTOPHER PERKINS                                              PLAINTIFF

v.                        No.3:15-cv-198-DPM

PROGRESSIVE INSURANCE, and
GT EXPEDITED, INC.                                              DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 March 2016